DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTER DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mona Denise Salazar,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:22-cv-01182-AWI-GSA<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from March 6, 2023 to May 5, 2023, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　This is Plaintiff's second request for an extension of time.  Good cause exists for the requested extension. For the weeks of February 27, 2023 and March

1

6, 2023, Counsel currently has 10 merit briefs, and several letter briefs and reply briefs. Additional time is needed to thoroughly brief this matter for the Court.

Additionally, undersigned Counsel is currently in Texas caring for her terminally ill father as Counsel is a primary caregiver.

Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated:        February 28, 2023      PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Dolly M. Trompeter*
DOLLY M. TROMPETER
Attorneys for Plaintiff


Dated: February 28, 2023         PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration


By:  **/s/ Margaret Lehrkind*
Margaret Lehrkind
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on Feb. 28, 2023)

### ORDER

IT IS SO ORDERED.

Dated:   **March 3, 2023**              /s/ Gary S. Austin
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28